IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYSHANIQUE HAMILTON | : | CIVIL ACTION |
| | : | NO. 12-0804 |
| v. | : | |
| | : | |
| SOUTHEASTERN PENNSYLVANIA | : | |
| TRANSPORTATION AUTHORITY | : | |

**<u>ORDER</u>**

AND NOW, this 21st day of August, 2012, upon consideration of defendant Southeastern Pennsylvania Transportation Authority's motion to dismiss, plaintiff Tyshanique Hamilton's response and defendant's replies, it is ORDERED that defendant's motion to strike plaintiff's request for punitive damages is GRANTED.  Defendant's motion is DENIED in all other respects.

It is further ORDERED that on or before September 11, 2012 SEPTA shall file an answer to plaintiff's complaint as modified by the terms of this Order and the parties shall agree to a discovery schedule and submit same to the Court for approval.

      *s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.