IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYSHANIQUE HAMILTON | : | CIVIL ACTION |
| | : | NO. 12-0804 |
| v. | : | |
| | : | |
| SOUTHEASTERN PENNSYLVANIA | : | |
| TRANSPORTATION AUTHORITY | : | |

## **ORDER**

AND NOW, this 24th day of June, 2014, upon consideration of defendant Southeastern Pennsylvania Transportation Authority's motion for summary judgment (Dkt. No. 21), plaintiff Tyshanique Hamilton's response (Dkt. No. 22), defendant's reply thereto (Dkt. No. 23) and consistent with the accompanying memorandum of law, it is ORDERED that the motion is GRANTED, and

JUDGMENT is entered in favor of defendant Southeastern Pennsylvania Transportation Authority and against plaintiff Tyshanique Hamilton.

The Clerk of the Court shall mark this matter CLOSED.

                                                  ___/s/ Thomas O'Neill_____
                                                  THOMAS N. O'NEILL, JR., J.